THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CARRIE THOMPSON,

    Plaintiff,

v.

VERIZON PENNSYLVANIA, INC.,

    Defendant.

3:20-CV-2225
(JUDGE MARIANI)

## ORDER

AND NOW, THIS **6th** DAY OF APRIL, 2022, upon receipt of Mediator Joseph Barrett, Esq.'s letter stating that the above-captioned matter has settled (Doc. 18), **IT IS HEREBY ORDERED THAT** this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

Failure of a party to file a motion for reinstatement, or a motion for an extension of time to consummate the settlement, within the above 60-day time period will result in the automatic conversion of this dismissal from one without prejudice to one with prejudice.

Robert D. Mariani
United States District Judge